Decided July 7, 1999

LINDSEY ALTSCHUL *v.* JOSE SALINAS, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 391 (AC 17765), is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*Russell S. Palmer*, in support of the petition.

Decided June 23, 1999